```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,   )   Case No. 8:04CR302
                            )
           Plaintiff,       )
                            )
     v.                     )   JUDGMENT OF ACQUITTAL
                            )
JUAN VENTURA-OLIVO,         )
                            )
           Defendant.       )
```

The defendant, having entered a plea of not guilty as to Count I of the indictment, and the jury having found the defendant not guilty,

It is ordered that judgment of acquittal is entered as to Count I of the indictment and the defendant is discharged as to this count.

DATED this 29th day of April, 2005.

BY THE COURT:

s/Laurie Smith Camp
LAURIE SMITH CAMP
United States District Judge